Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

Kent Allen Jr.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jack Dorsey
Deja Trimble
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:21-cv-541-TJC-JRK
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kent Allen Jr.
   Street Address: 8201 SW 3rd CT
   City and County: North Lauderdale
   State and Zip Code: Fl 33068
   Telephone Number: 404.721.9050
   E-mail Address: nerdsfinancial@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jack Dorsey
- Job or Title (if known): CEO of Twitter
- Street Address: 1355 Market Street Suite 900
- City and County: San Francisco
- State and Zip Code: California 94103
- Telephone Number: 1.415.222.9670
- E-mail Address (if known):

Defendant No. 2
- Name: Deja Trimble
- Job or Title (if known): recording artist for BMG US
- Street Address: 5670 Wilshire Blvd Suite 1400
- City and County: Los Angeles, CA
- State and Zip Code: California 90036
- Telephone Number: 323.969.0988
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual  Deja Trimble
       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____ Michigan. Or is a citizen of
       *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Jack Dorsey (Twitter), is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* —,

and has its principal place of business in *(name)* California.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Twitter that I expressed to Deja Trimble at the age of

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment →
The idea was for a social media site

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Twitter that I expressed to Deja Trimble at the age of __ I'm looking for the relief of $91 million for the idea I expressed to her.

Twitter
By the age of 15, I moved to South Florida and was attending Coconut Creek High School. While attending school there I played on the basketball team and was amongst one of the popular students. One of my best friends at the time was Felix Julienne and we would hangout outside of school. At the time, I was single and wasn't dating anyone. Doing this course of time he was dating a girl name Brandy and she had a mutual friend name Deja whom later become famed musical entertainer Dej Loaf. As with all friends, they felt it would be good for us to meet.

Eventually, we started dating and become very close with each other. As we spent time together it draw my attention that she could become a good music entertainer or go into fashion. As I explained this to her she told me that she would like to go into music. She did have she writing already done. This is when the training started between us. When we first started she wanted to come up with her stage name and I told her it will eventually come to mind, and that we needed to work on getting her developed. As with all the artist I developed I worked on her writing skills and groomed her on how to become a good music entertainer. As time passed she got better especially her writing skills.

While we hangout she usually asked me to go to the store for her. Of course, I'd make the trip for her as she usually was busy doing chores or writing. One day while walking back to the store I thought of the perfect name for her. One of my favorite record labels growing up was Def Jam so I told her to use Dej instead of the (f) just replace it with a (j)

instead. Reason being I figured she would definitely deliver the jams to her fans as she got better.

Personally, I seen the potential in her. The loaf part come from the fact she always wanted a loaf of bread from the store. Put it together, and you come with Def Loaf collectively. While training her I come up with the perfect idea and name for her to use as I do with all my artists. Usually, this happens doing development as I get to know the person better. She was a very social person and was always on the phone with her friends. One thing, I know was going to become a big market was social media. That's how I thought of Instagram which I gave to another artist I develop name Keyshia Cole.

The idea I thought of for her was Twitter which was to become a social media platform. The way I thought of the idea name comes from Tweet the singer that was really popular at the time. Deja is dark skin complexion she I figured this would be perfect. Next, I also had the cartoon character in mind of tweety bird. Lastly, as I presented the idea to her I explained to use a feather pen to have user write with. Personally, since I'm very much into history I thought this would be perfect. It would make the site look unique and also differ from Instagram which was another idea I worked on with a different artist. After this we continued her training and development as time passed.

Unfortunately, me and her relationship got cut short as this happens with all kids. At the time, she lived in Fort Lauderdale, Fl and her parents wanted to move back home to Detroit, MI. Eventually, this did happen and I wasn't able

to get in touch with her anymore. She was definitely one of my favorite artists to develop.



Tweety is a yellow canary in the Warner Bros. Looney Tunes and Merrie Melodies series of animated cartoons. The name "Tweety" is a play on words, as it originally meant "sweetie", along with "tweet" being an





Tweety is a yellow canary in the Warner Bros. Looney Tunes and Merrie Melodies series of animated cartoons. The name "Tweety" is a play on words, as it originally meant "sweetie", along with "tweet" being an English onomatopoeia for the sounds of birds. Wikipedia

Owner: Granny

First appearance: The Cagey Canary (early version) November 22, 1941, **More**

Creators: Friz Freleng, Bob Clampett, Tex Avery

TV shows: The Looney Tunes Show, New Looney Tunes

Age: 73 years old rainbowseniors.org

Quotes                                                                                        ∨

Die                                                                                              ∨

Feedback



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Kent Allen Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Page 5 of 5